Dismissed and Memorandum Opinion filed July 15, 2004









Dismissed and Memorandum Opinion filed July 15, 2004.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-01301-CV

____________

 

FRESH COAT, INC.,
Appellant

 

V.

 

LIFE FORMS, INC., Appellee

 



 

On Appeal from the
157th District Court

Harris County, Texas

Trial Court Cause
No. 02-03768

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed August 18, 2003.

On July 7, 2004, appellant filed an unopposed motion to dismiss
the appeal in order to effectuate a compromise and settlement agreement.  See Tex.
R. App. P. 42.1.  The motion is
granted.

Accordingly, the appeal is ordered dismissed.

PER
CURIAM

Judgment rendered and Memorandum
Opinion filed July 15, 2004.

Panel consists of Justices Fowler,
Edelman, and Seymore.